AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Girard Street Investment Holdings LLC | |
| *Plaintiff* | |
| v. | Civil Action No. 1:23-cv-10772 (JSR) |
| Petróleos de Venezuela, S.A., et al. | |
| *Defendant* | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____ 07/17/2025

I also certify that, as appears from this court's records, an appeal is pending, and that on November 20, 2025, the Honorable Jed S. Rakoff, U.S.D.J., granted Plaintiffs leave to register the judgment in the United States District Court for the District of Delaware and in the United States District Court for the Southern District of Texas. ECF No. 262.

Date:    November 25, 2025

CLERK OF COURT

_____
*Signature of ~~Clerk or~~ Deputy Clerk*