**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| GIRARD STREET INVESTMENT HOLDINGS LLC, <br><br>  *Plaintiff/Judgment Creditor/Garnishor,* <br><br> v. <br><br> PDV CHALMETTE, LLC; CITGO PETROLEUM CORPORATION; and LDC SUPPLY INTERNATIONAL, LLC <br><br>  *Garnishees,* <br><br> PDVSA PETRÓLEO S.A., <br><br>  *Defendant/Judgment Debtor.* | No. 4:25-mc-2337 <br><br> **NOTICE PURSUANT TO 31 CFR 501.605** |

PLEASE TAKE NOTICE THAT pursuant to 31 CFR 501.605, Plaintiff, a person commencing proceedings, hereby informs the Court that the restrictions set forth under Executive Orders 13850 (as amended by E.O. 13857) and 13884 and the Venezuela Sanctions Regulations, 31 CFR Part 591, governing the transfer of blocked property or funds retained pursuant to 31 CFR § 596.504(b), including the prohibition on any unlicensed attachment, judgment, decree, lien, execution, garnishment or other judicial process with respect to any property in which, on or after the applicable effective date, there existed an interest of any person whose property and property interests were subject to blocking pursuant to 31 CFR Chapter V or were subject to retention pursuant to 31 CFR § 596.504(b), apply to PDVSA Petróleo S.A., the Defendant in this action.

Dated: November 26, 2025                    Respectfully submitted,

                                                                   /s/ *Justin Waggoner*
Justin Waggoner
**STEPTOE LLP**
717 Texas Avenue
Suite 2800
Houston, TX 77002
Tel: (713) 221-2343
jwaggoner@steptoe.com

Michael J. Baratz (*pro hac vice* to be filed)
Emma Marshak (*pro hac vice* to be filed)
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
mbaratz@steptoe.com
emarshak@steptoe.com

*Counsel to Plaintiff Girard Street Investment Holdings LLC*