# Vinson&Elkins

Matthew Hoffman  mhoffman@velaw.com
**Tel** +1.713.758.2838  **Fax** +1.713.615.5942

December 8, 2025

***Via E-Filing***
The Honorable Keith P. Ellison
U.S. District Court, Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Avenue, Room 3716
Houston, Texas 77002

      Re:    *Girard Street Investment Holdings LLC v. PDV Chalmette, LLC et al.*, No. 4:25-mc-2337

Dear Judge Ellison:

    We write to inform the Court that the Parties have reached an agreement on a briefing schedule, subject to the Court's approval, for Defendant PDVSA Petróleo S.A. ("PPSA") and purported garnishees PDV Chalmette, LLC, Citgo Petroleum Corporation, and LDC Supply International, LLC (collectively, the "Purported Garnishees") to respond to and oppose Plaintiff Girard Street Investment Holdings LLC's Motion for Conditional Writ of Garnishment and for Plaintiff to reply in support of same, as follows:

- PPSA & Purported Garnishees' Responsive Pleadings/Oppositions – To Be Filed December 23, 2025

- Plaintiff's Reply – To Be Filed January 13, 2026

    The Parties respectfully request that the Court defer ruling on Plaintiff's Motion for Conditional Writ of Garnishment until after the Parties have completed their briefing in accordance with the schedule set forth above.

                              Respectfully submitted,

                              */s/ Matthew C. Hoffman*
                              Matthew C. Hoffman
                              Counsel for PPSA
                              Vinson & Elkins LLP

| Agreed: | /s/ *Justin Waggoner*  (signed w/permission) | /s/ *Daniel D. Birk*  (signed w/permission) |
|---|---|---|
| | Justin Waggoner | Daniel D. Birk |
| | Counsel for Plaintiff | Counsel for Purported Garnishees |
| | Steptoe LLP | Eimer Stahl LLP |

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Denver  Dubai  Dublin  Houston  London
Los Angeles  New York  Richmond  San Francisco  Tokyo  Washington

Texas Tower, 845 Texas Avenue, Suite 4700
Houston, TX 77002
**Tel** +1.713.758.2222  **Fax** +1.713.758.2346  velaw.com